## JOHNSON v. LINFORD.
### [43 Pac. 680.]

The decision in *First National Bank of Wamego v. Skinner* is the decision in this case, the facts being the same, and heard and submitted at the same time.

Action by John P. Johnson against Joseph Linford, Jr., and others. Reversed.

Per CURIAM.—The facts being the same in this case as in the case of *Bank v. Skinner,* ante, p. 673, 43 Pac. 679, the judgment of the district court is reversed, and the cause remanded for further proceedings in accordance with this opinion.

## BANK OF TROY, KANSAS, v. LINFORD.
### [43 Pac. 680.]

This cause heard with case of *National Bank of Wamego v. Skinner,* and this case follows the decision in that case.

Action by the Bank of Troy against Joseph Linford, Jr., and others. Judgment for defendants. Plaintiff appeals. Reversed.

Per CURIAM.—The only question in this case not involved in *First Nat. Bank v. Skinner,* ante, p. 673, 43 Pac. 679, is the claim of defendants that there was no proof of the corporate character of plaintiff. The denial of the corporate character of plaintiff is insufficient in the answer, and we think the corporate character of plaintiff is sufficiently shown in the record. This question is first raised here. The defendants took no appeal; they took no exception. The judgment of the district court is reversed, and cause remanded for further proceedings in accordance with this opinion.

#### ON REHEARING.

HUSTON, J.—This case was heard together with two others, to wit, *First Nat. Bank v. Skinner,* ante, p. 673, 43 Pac. 679,